No. 724. GOODWIN ET AL., DOING BUSINESS AS BEN E. GOODWIN Co., v. UNITED STATES. C. C. A. 8th. Certiorari denied. *W. L. Cunningham* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.

No. 738. ARKANSAS OAK FLOORING Co. ET AL. v. LOUISIANA & ARKANSAS RAILWAY Co. C. C. A. 5th. Certiorari denied. *Nicholas J. Gantt, Jr.* for petitioners. *T. W. Holloman, A. L. Burford, Joseph R. Brown* and *William E. Davis* for respondent.

No. 751. HURLEY ET AL. v. LOWE, DEPUTY COMMISSIONER, BUREAU OF EMPLOYEES' COMPENSATION, FEDERAL SECURITY AGENCY, ET AL. United States Court of Appeals for the District of Columbia. Certiorari denied. *Al. Philip Kane* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for Lowe, Deputy Commissioner; and *Daniel W. O'Donoghue, Jr.* for the Globe Indemnity Co., respondents.

No. 758. QUIGLEY ET AL. v. PUBLIC SERVICE COMMISSION ET AL. Court of Appeals of Maryland. Certiorari denied. *Louis B. Arnold, William A. Roberts* and *Francis J. Ortman* for petitioners. *S. Ralph Warnken* and *Homer S. Carpenter* for the Public Service Commission et al.; and *Edmund L. Jones, F. G. Awalt, Raymond Sparks* and *Daryal A. Myse* for the Capital Transit Co., respondents.

No. 767. BAUMER FOODS, INC. v. GRIFFITH. C. C. A. 9th. Certiorari denied. *Harry Ellsworth Foster* for petitioner. *Thos. L. O'Leary* for respondent.